# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIUM TRANSPORTATION SERVICES, INC.; ECO FLOW TRANSPORTATION LLC; HEAVY LOAD TRANSFER LLC; SIERRA TRANSPORT LLC; TRI PAK INC.; TTSI LOGISTICS, LLC; AND WEST GROUP LOGISTICS SERVICES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ENERGY SOLUTION, LTD.,<br><br>Defendant. | Civil Action No: 2:26-cv-12811<br><br>**NOTICE OF MOTION**<br><br>*Oral Argument Requested*<br><br>**Motion Return Date:**<br><br>**November 16, 2026** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Sanjay P. Ibrahim, the Declaration of Hawon Kim, the exhibits annexed hereto, and the Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, for Failure to State a Claim, Defendant LG Energy Solution, Ltd. will move before the Honorable Susan D. Wigenton at the courthouse located at the United States District Court for the District of New Jersey, on the 16th day of November, 2026, at 10:00 a.m., or at such time thereafter as counsel may be heard, for an Order dismissing the above-captioned action against LG Energy Solution, Ltd. for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure, or, alternatively, for failure to state a claim upon which relief can be

granted under Rule 12(b)(6), together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits and answering memoranda must be served fourteen days prior to the motion date pursuant to Local Civil Rule 7.1(d)(2).

**PLEASE TAKE FURTHER NOTICE** that Defendant LG Energy Solution, Ltd. requests oral argument.

Dated: October 20, 2026

*/s/ Sanjay P. Ibrahim*
PARKER IBRAHIM & BERG LLP
Sanjay P. Ibrahim, Esq.
Scott W. Parker, Esq.
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
(908) 725-9700
sanjay.ibrahim@piblaw.com
scott.parker@piblaw.com